UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYNTHIA SIMEONE, *et al.*, <br><br>                          Plaintiffs, <br><br> v. <br><br><br> T. MARZETTI COMPANY, <br><br>                          Defendant. | No. 21-CV-9111 (KMK) <br><br> ORDER |

KENNETH M. KARAS, District Judge:

    At the Conference on April 7, 2022, the Court adopted the following schedule:

    Defendant shall file their Motion To Dismiss by May 9, 2022.  Plaintiffs shall respond by June 17, 2022.  Defendants shall reply by July 8, 2022.

    The Parties are also reminded that there is a strict page limit, which will be extended only in extreme circumstances.  If oral argument is requested, it may be scheduled by the Court.  Please wait to hear from the Court to schedule argument.


SO ORDERED.

DATED:   April 7, 2022
             White Plains, New York

                                                  KENNETH M. KARAS
                                                  UNITED STATES DISTRICT JUDGE